

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2016

No. 04-15-00766-CV

**STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS**,
Appellant-s

v.

Liliana **DIAZ-MOORE**,
Appellee-s

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-04661
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellee's second motion for extension of time to file her brief is GRANTED. Appellee's brief is due May 13, 2016. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court